SMITH ET AL., APPELLANTS, *v.* KANG ET AL., APPELLEES.

[Cite as Smith *v.* Kang (1988), 37 Ohio St. 3d 170.]

(Nos. 87-1283 and 87-1434—Submitted May 4, 1988—Decided June 15, 1988.)

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald G. Macala, Cornelius J. Baasten, Janice K. Henderson* and *Randall Vehar,* for appellants.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Susan M. Reinker* and *Janis L. Small,* for appellees Dr. Wook Kang and Stark County Orthopaedic Associates, Inc.

This cause is reversed on authority of *Hershberger* v. *Akron City Hosp.* (1987), 34 Ohio St. 3d 1, 516 N.E. 2d 204, *Gaines* v. *Preterm-Cleveland, Inc.* (1987), 33 Ohio St. 3d 54, 514 N.E. 2d 709, *Hardy* v. *VerMeulen* (1987), 32 Ohio St. 3d 45, 512 N.E. 2d 626, and *Frysinger* v. *Leech* (1987), 32 Ohio St. 3d 38, 512 N.E. 2d 337, and remanded to the trial court for proceedings consistent with those decisions, where applicable.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.